NICOLA COGLIO, Respondent, *v.* BRADLEY CONTRACTING COMPANY, Appellant.

*Coglio* v. *Bradley Contracting Co.*, 169 App. Div. 934, affirmed.
(Submitted December 7, 1917; decided December 21, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered June 21, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. Plaintiff's hand was crushed through the falling of a heavy crossbar attached to a derrick upon which he was employed.

*Israel V. Werbin* and *Frederick L. C. Keating* for appellant.

*J. Arthur Hilton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND and CRANE, JJ. Not sitting: MCLAUGHLIN, J.